**GEORGE M. REIBER**
CHAPTER 13 TRUSTEE
SOUTH WINTON COURT
3136 SOUTH WINTON ROAD
ROCHESTER, NEW YORK 14623

June 4, 2018

Honorable Paul R. Warren
U.S. Bankruptcy Court
100 State Street
Rochester, NY 14614

    **Re**: Vincent Michael Smith, Chapter 13 Case No.: 17-20702-PRW
        Objection to Claim of United Consumer Financial Services
        Claim #26, Court claim #3
        Returnable: June 14, 2018

To Whom It May Concern:

    Please be advised that I hereby withdraw my objection of the above claim. The creditor, United Consumer Financial Services, has amended their claim to unsecured.

    If you have any questions, do not hesitate to contact me.

        Very truly yours,

        /s/_____
        GEORGE M. REIBER

GMR/ds

Xc: Vincent Michael Smith
    Susan Duke, Esq.
    United Consumer Financial Services
    U. S. Trustee